**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JOSHUA A. STRICKLIN,
ADC #138119                                                                                         PLAINTIFF

V.                              5:12-cv-00436-SWW-JTK

CORRECTIONAL MEDICAL
SERVICES, INC., et al.                                                                          DEFENDANTS

**ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendant Arkansas Department of Correction is DISMISSED from Plaintiff's Complaint, pursuant to sovereign immunity.

IT IS SO ORDERED this 18th day of December, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE