**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

JOSHUA A. STRICKLIN,                                                                    PLAINTIFF
ADC #138119

v.                                        5:12CV00436-SWW-JTK

CORRECTIONAL MEDICAL
SERVICES, INC., et al.                                                              DEFENDANTS

<u>**ORDER**</u>

Plaintiff filed this action pursuant to 42 U.S.C. § 1983 against Defendants on November 27,

2012, and his Motion to Proceed <u>in</u> <u>forma</u> <u>pauperis</u> was granted by Order dated November 30, 2012

(Doc. Nos. 1, 4).   Summons issued to Defendant Rector on November 30, 2012, was returned,

unexecuted, on January 23, 2013, together with a letter from Defendants' counsel indicating that he

could not identify Dr. Rector as having been an employee or independent contractor for Corizon

(Doc. No. 10, p. 3).   On January 29, 2013, this Court noted Plaintiff's failure to serve Defendant

Rector and provided him with an additional thirty days in which to provide identifying information

and/or the last-known address of the Defendant (Doc. No. 13).   As of this date, Plaintiff has provided

no additional information about Defendant Rector.

According to FED.R.CIV.P. 4(m), a Defendant must be served within 120 days of the filing

of the Complaint, and **after notice to the plaintiff**, the Court "must dismiss the action without

prejudice against that Defendant or order that service be made within a specified time..."

Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff shall have one last opportunity in which to

provide a present address on Defendant Rector within thirty days of the date of this Order.   Failure

to provide such or obtain service on Defendant Rector shall result in his dismissal from Plaintiff's

Complaint.

IT IS SO ORDERED this 2nd day of March, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE