**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JOSHUA A. STRICKLIN,                                                             PLAINTIFF
ADC #138119

v.                              5:12CV00436-SWW-JTK

CORRECTIONAL MEDICAL
SERVICES, INC., et al.                                         DEFENDANTS

## ORDER

Plaintiff filed this action pursuant to 42 U.S.C. § 1983 against Defendants on November 27, 2012, and his Motion to Proceed in forma pauperis was granted by Order dated November 30, 2012 (Doc. Nos. 1, 4). Summons issued to Defendant Rector on November 30, 2012, was returned, unexecuted, on January 23, 2013, together with a letter from Defendants' counsel indicating that he could not identify Dr. Rector as having been an employee or independent contractor for Corizon (Doc. No. 10, p. 3). On January 29, 2013, this Court noted Plaintiff's failure to serve Defendant Rector and provided him with an additional thirty days in which to provide identifying information and/or the last-known address of the Defendant (Doc. No. 13). As of this date, Plaintiff has provided no additional information about Defendant Rector.

According to FED.R.CIV.P. 4(m), a Defendant must be served within 120 days of the filing of the Complaint, and **after notice to the plaintiff**, the Court "must dismiss the action without prejudice against that Defendant or order that service be made within a specified time..." Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff shall have one last opportunity in which to provide a present address on Defendant Rector within thirty days of the date of this Order. Failure to provide such or obtain service on Defendant Rector shall result in his dismissal from Plaintiff's Complaint.

IT IS SO ORDERED this 2nd day of March, 2013.

                                                              JEROME T. KEARNEY
                                                              UNITED STATES MAGISTRATE JUDGE