## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

JOSHUA A. STRICKLIN,                                                                        PLAINTIFF
ADC #138119

v.                         5:12CV00436-SWW-JTK

CORRECTIONAL MEDICAL
SERVICES, INC., et al.                                                   DEFENDANTS

## **ORDER**

Defendants shall file a Response to Plaintiff's Motions to Amend and For Issuance of Subpoena duces tecum (Doc. Nos. 28, 31) within ten days of the date of this Order.

IT IS SO ORDERED this 29th day of April, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE