IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOSHUA A. STRICKLIN,                                                                                            PLAINTIFF
ADC #138119

v.                                      5:12CV00436-SWW-JTK

CORIZON, INC., et al.                                                                                        DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 18th day of July, 2013.


/s/Susan Webber Wright
UNITED   STATES   DISTRICT   JUDGE