**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JOSHUA A. STRICKLIN,                                                                          PLAINTIFF
ADC #138119

v.                                          5:12CV00436-SWW-JTK

CORIZON, INC., et al.                                                                      DEFENDANTS

**<u>JUDGMENT</u>**

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and

Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is

denied.

IT IS SO ADJUDGED this 18th day of July, 2013.


                                         /s/Susan Webber Wright
                                          UNITED   STATES   DISTRICT   JUDGE